From: Mandelbaum Edison 10 Fax: 19737364670    To: 17175471900@rcfax.com    Fax: (717) 547-1900    Page: 1 of 19    03/22/2022 4:51 PM

Case 3:22-cv-02313-GC-LHG    Document 1-2    Filed 04/21/22    Page 1 of 1 PageID: 18

# Facsimile Cover Sheet

| | |
|---|---|
| **To:** | 17175471900@rcfax.com |
| **Company:** | |
| **Phone:** | |
| **Fax:** | (717) 547-1900 |
| | |
| **From:** | Mandelbaum Edison 109 |
| **Company:** | Mandelbaum Salsburg P.C. |
| **Phone:** | (973) 736-4670 * 109 |
| **Fax:** | 19737364670 |
| | |
| **Date:** | 03/22/2022 |
| **Pages including this cover sheet:** | 19 |

**Comments:**

Attention:  Lane Brody, Esq.