UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Jamie Chun-Lee

*Plaintiff*

v.

MAREK TOCZYLOWSKI, L&M EXPR

*Defendant*

Civil Action No.  1:22-cv-02313

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for _____L&M Express, LLC_____, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____

**OR**

☑ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

Saxton & Stump, LLC
4250 Crums Mill Road, Suite 201
Address

Harrisburg, PA 17112
City/State/Zip

04/22/2022
Date

DNJ-CMECF-005 (10/2018)